UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                   Case No. 25-30485
                                     Originating No.  25-00198

**RAYMONE GRIER, JR.,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **RAYMONE GRIER, JR.,** to answer to charges pending in another federal district, and states:

1. On **July 31, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Pennsylvania based on an Indictment**.  Defendant is charged in that district with violations of **Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine, 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 100 Grams or More of Para-Fluorofentanyl, 100 Grams of More of Heroin, 10 Grams of More of Carfentanyl, 40 Grams or More of Fentanyl and a Quantity of Cocaine.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

/s *Nicholas McIntrye*
NICHOLAS MCINTRYE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 31, 2025